%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern **District of** New York

JERRY GADDIS

V.

BOARD OF EDUCATION OF THE EAST
RAMAPO SCHOOL DISTRICT

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**JUDGE GARDEPHE**

TO: (Name and address of Defendant)

Board of Education of the East Ramapo School District
23 Madison Avenue
Spring Valley, NY, 10977

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James R. Sandner (Maria Elena Gonzalez, of Counsel)
52 Broadway, 9th Floor
New York, NY, 10004-1614

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

*Catherine Lapsley* (signature)

(By) DEPUTY CLERK

AUG 1 3 2008

DATE

(Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 8/25/08 at 2:30 pm |
| NAME OF SERVER (PRINT)  RUBEN RIESGO | TITLE  PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): by serving ELISA CALABRESE - AUTHORIZED TO ACCEPT

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/26/08
Date

Signature of Server

26 Scotchtown Ave., Goshen NY 10924
Address of Server

JO-ANN JOHNSON
Notary Public, State Of New York
No. 01JO5031856
Qualified in Orange County
Commission Expires August 15, 20 10

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.