UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JERRY GADDIS,

           Plaintiff,

-against-                              **Civil Case No.: 08-cv-07220**
                                                        **PGG**

BOARD OF EDUCATION OF THE
EAST RAMAPO CENTRAL SCHOOL DISTRICT,

           Defendant.

---

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2008, I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

1.     James R. Sandner, Esq., and Maria E. Gonzalez, Esq.,
       Attorneys for Plaintiff, mgonzale@nysutmail.org

                                                      /S/ Brittany A. Penman
                                                      Brittany A. Penman for
                                                      Scott P. Quesnel, Esq.
                                                      Bar Roll No.: 513710

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JERRY GADDIS,

                Plaintiff,

-against-                                **Civil Case No.: 08-cv-07220**
                                                    **PGG**

BOARD OF EDUCATION FOR THE
EAST RAMAPO CENTRAL SCHOOL DISTRICT,

                Defendant.

---

### NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:

        Defendant           East Ramapo Central School District

    I certify that I am admitted to practice in this court.

DATED:    September 5, 2008

                                      GIRVIN & FERLAZZO, P.C.

                                      By:  /S/ Scott P. Quesnel
                                             Scott P. Quesnel
                                             Bar Roll No.: 513710
                                        Attorneys for Defendants
                                        Office and P.O. Address
                                        20 Corporate Woods Blvd.
                                        Albany, New York 12211
                                        Tel:    518-462-0300
                                        Fax:   518-462-5037
                                        Email: spq@girvinlaw.com

TO:    James R. Sandner, Esq.
        Bar Roll No.: JS-0360
        Maria Elena Gonzalez, Esq.
        Bar Roll No.: MG-3895
        Attorneys for Plaintiff
        52 Broadway 9th Floor
        New York, NY   10004-1614
        (212) 533-6300