UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JERRY GADDIS,

                Plaintiff,

-against-                                        **Civil Case No.: 08-cv-07220 PGG**

BOARD OF EDUCATION FOR THE
EAST RAMAPO CENTRAL SCHOOL DISTRICT,

                Defendant.

---

### NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:

        Defendant         East Ramapo Central School District

    I certify that I am admitted to practice in this court.

DATED:      September 5, 2008

                                            GIRVIN & FERLAZZO, P.C.

                                            By:  /S/ Gregg T. Johnson
                                                    Gregg T. Johnson
                                                    Bar Roll No.: 506443
                                            Attorneys for Defendants
                                            Office and P.O. Address
                                            20 Corporate Woods Blvd.
                                            Albany, New York 12211
                                            Tel:   518-462-0300
                                            Fax:  518-462-5037
                                            Email: gtj@girvinlaw.com

TO:	James R. Sandner, Esq.
	Bar Roll No.: JS-0360
	Maria Elena Gonzalez, Esq.
	Bar Roll No.: MG-3895
	Attorneys for Plaintiff
	52 Broadway 9th Floor
	New York, NY   10004-1614
	(212) 533-6300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JERRY GADDIS,

        Plaintiff,

-against-                                        **Civil Case No.: 08-cv-07220**
                                                                             **PGG**

BOARD OF EDUCATION OF THE
EAST RAMAPO CENTRAL SCHOOL DISTRICT,

        Defendant.

---

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2008, I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

1.     James R. Sandner, Esq., and Maria E. Gonzalez, Esq.,
       Attorneys for Plaintiff, mgonzale@nysutmail.org

                                                                 /S/ Brittany A. Penman
                                                                Brittany A. Penman for
                                                                Gregg T. Johnson, Esq.
                                                               Bar Roll No.: 506443