UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERRY GADDIS,

                Plaintiff,

- against -

BOARD OF EDUCATION FOR THE EAST
RAMAPO SCHOOL DISTRICT,

                Defendant.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/09

08 Civ. 07220 (PGG)

ORDER

PAUL G. GARDEPHE, U.S.D.J.:

    WHEREAS the Court received a joint letter from the parties dated March 26, 2009 stating that both parties consented to the issuance of a thirty-day order dismissing the above-captioned with prejudice; it is hereby

    ORDERED that this action is dismissed with prejudice, but without costs; provided, however, that either party may apply to the Court by letter before **April 27, 2009** for restoration of this action to the Court's calendar.

    The Clerk of the Court is directed to close the case.

Dated: New York, New York
       March 27, 2009

                                    SO ORDERED.

                                    _____
                                    Paul G. Gardephe
                                    United States District Judge